G. Thomas Martin, III (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
Direct Dial: (818) 907-2030
Fax: (818) 205-3730
tom@pricelawgroup.com

Attorneys for Plaintiff
Kevin Adams

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| KEVIN ADAMS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>THE LAW OFFICE OF KEVIN Z. SHINE, PLLC.; and DOES 1 to 10, inclusive,<br><br>　　　　Defendants. | **Case No.: EDCV 12-1577 JAK (SPx)**<br><br>**NOTICE OF SETTLEMENT** |

**PLEASE TAKE NOTICE** that this matter has been settled in its entirety. It is respectfully requested that all pending hearings be taken off calendar.

　　　　　　　　　　　　　　　　RESPECTFULLY SUBMITTED,

DATED: January 15, 2013　　　**PRICE LAW GROUP APC**

　　　　　　　　　　　By:　/S/ G. Thomas Martin, III
　　　　　　　　　　　　　　G. Thomas Martin, III
　　　　　　　　　　　　　　Attorney for Plaintiff

- 1 -
NOTICE OF SETTLEMENT