## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | ED CV12-01577 JAK (SPx) | Date | January 17, 2013 |
| Title | Kevin Adams v. The Law Office of Kevin Z Shine, PLLC, et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER SETTING ORDER TO SHOW CAUSE RE DISMISSAL**

On January 16, 2013, Plaintiff filed "Notice of Settlement" (Dkt. 21). The Court sets an Order to Show Cause re Dismissal for February 25, 2013 at 1:30 p.m. If the parties file a dismissal by February 21, 2013, the matter will be taken off calendar and no appearance by counsel will be required.

The February 4, 2013 Scheduling Conference and all deadlines are vacated.

**IT IS SO ORDERED.**

: 

Initials of Preparer   ak