G. Thomas Martin, III (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
Direct Dial: (818) 907-2030
Fax: (818) 205-3730
tom@plglawfirm.com

Attorneys for Plaintiff,
KEVIN ADAMS and NICOLE ADAMS,

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| KEVIN ADAMS and NICOLE ADAMS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>THE LAW OFFICE OF KEVIN Z. SHINE, PLLC.; and DOES 1 to 10, inclusive,<br><br>　　　　Defendants. | Case No.<br>5:12-cv-01577-JAK-SP<br><br>Honorable John A. Kronstadt<br><br>STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT THE LAW OFFICE OF KEVIN Z. SHINE, PLLC.; and DOES 1 to 10, inclusive, |

　　Plaintiffs, KEVIN ADAMS and NICOLE ADAMS, by counsel, and Defendant, THE LAW OFFICE OF KEVIN Z. SHINE, PLLC., by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiffs' cause against THE LAW OFFICE OF KEVIN Z. SHINE, PLLC.; and DOES 1 to 10, inclusive, should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

///

Respectfully submitted this 22nd day of February, 2013,

By: /s/ G. Thomas Martin, III
G. Thomas Martin, III (SBN 218456)
PRICE LAW GROUP, APC
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
Direct Dial: (818) 907-2030
Fax: (818) 205-3730
tom@plglawfirm.com


By:/s/ Sean P. Flynn
Sean P. Flynn, Esq. (SBN 220184)
Foley & Mansfield, PLLP
300 South Grand Avenue
Suite 2800
Los Angeles, CA 90071
213-283-2100
213-283-2101 (fax)
sflynn@foleymansfield.com
Attorneys for Defendant
THE LAW OFFICE OF KEVIN Z. SHINE, PLLC

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE