# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| KEVIN ADAMS and NICOLE ADAMS,<br><br>    Plaintiff,<br><br>vs.<br><br>THE LAW OFFICE OF KEVIN Z. SHINE, PLLC.; and DOES 1 to 10, inclusive,<br><br>    Defendants. | **Case No. 5:12-cv-01577-JAK-SP**<br><br>**Honorable John A. Kronstadt**<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT THE LAW OFFICE OF KEVIN Z. SHINE, PLLC.; and DOES 1 to 10, inclusive,    JS-6** |

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiff KEVIN ADAMS and NICOLE ADAMS against Defendant THE LAW OFFICE OF KEVIN Z. SHINE, PLLC.; and DOES 1 to 10, inclusive, are dismissed, with prejudice. Plaintiffs KEVIN ADAMS and NICOLE ADAMS and Defendant THE LAW OFFICE OF KEVIN Z. SHINE, PLLC shall each bear his, her or its, own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: February 26, 2013

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE